IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

[1] RAMON REYES-GONZALEZ,
    a/k/a "Cito," "Ramoncito," "El
    Barroso,"
[2] JASSER VEGA-RAMOS,
    a/k/a "Bo,"
[3] RICARDO SIERRA-RODRIGUEZ,
    a/k/a "Pito," "Cabeza," "Ricky,"
[4] JOSE RIVERA-LEYRO,
    a/k/a "Yiyito,"
[5] ANGEL MELENDEZ-ORSINI,
    a/k/a "Cerebro," "Primo," "Gelo,"
[6] DANIEL GUZMAN-CORREA,
    a/k/a "Danny Pincho,"
[7] ALBERTO GUZMAN-CORREA,
    a/k/a "Albert,"
[8] ALEXIS RODRIGUEZ-RODRIGUEZ,
    a/k/a "Sandro,"
[9] EDWIN J. SANTIAGO-ROSADO,
    a/k/a "Piraña,"
[10] BENJAMIN RODRIGUEZ-APONTE,
    a/k/a "Papito,"
[11] JAVIER VAZQUEZ-HERNANDEZ,
    a/k/a "Burro," "Burrito,"
[12] JOSUE ROMAN-HERNANDEZ,
    a/k/a "Potro,"
[13] MIGUEL LESPIER-VELAZQUEZ,
    a/k/a "Gelo," "Pelú,"
[14] REYNALDO RIVERA-NADAL,
    a/k/a "Notorio,"
[15] LUIS PORCELL-CARMONA,
    a/k/a "Wichín,"
[16] MANUEL ARROYO-SALAZAR,
    a/k/a "Manolo,"
[17] FRANCISCO L. TORRES-SALAZAR,
    a/k/a "Frankie,"
[18] JORGE FOURNIER-OLAVARRIA,
    a/k/a "Meson,"
[19] EDGARDO VEGA-BREBAN,
    a/k/a "Dembo,"
[20] FREDDY SOTO-RIVERA,
    a/k/a "Dondy,"
[21] MIGUEL PACHECO-ORTIZ,
    a/k/a "Miguelito," "Flaquito,"
[22] RAFAEL SANCHEZ-PIZARRO,
    a/k/a "Poche,"
[23] ROBERTO NEGRON-LATONI,
    a/k/a "Chamo,"



FILED AND ENTERED
2007 JUL 24 PM 4:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

INDICTMENT

CRIMINAL NO. 07-290 (PG)

Violations:

Title 21, <u>United States Code</u>, Sections
841(a)(1), 846, and 860.
(Count One)

Title 18, <u>United States Code</u>, Sections
924(c)(1) and 2.
(Count Two)

Title 21, <u>United States Code</u>, section 853
(Count Three)

(THREE COUNTS)

[24] LUIS ZAYAS-MIRANDA,
  a/k/a "Piolo,"
[25] JORGE QUILES-TORRES,
  a/k/a "Cuajo,"
[26] LUIS B. TORRES-SALAZAR,
  a/k/a "Benny,"
[27] FRANCISCO COSME-NIEVES,
  a/k/a "Frank," "Cisco,"
[28] FELIX BOFFIL-NEGRON,
[29] ARMANDO ORTIZ-MELENDEZ,
  a/k/a "Yocain,"
[30] CARLOS RODRIGUEZ-SANTIAGO,
  a/k/a "Carlos Tetón,"
[31] LUIS TORRES-TORRES,
  a/k/a "Luis Quija,"
[32] LUIS BOFFIL-LEYRO,
[33] ALEX COLON-CARLO,
  a/k/a "El Gordo,"
[34] EMMANUEL HERNANDEZ-RIOS,
  a/k/a "Manuel,"
[35] FELIX EMMANUEL BOFFIL-
  CHARDON, a/k/a "Felo Conejo,"
[36] JUAN A. ORTIZ-NEGRON,
  a/k/a "Jean,"
[37] LUIS A. VIERA-ROJAS,
  a/k/a "Balta,"
[38] MARISOL RAMOS-PIZARRO,
  a/k/a "Mary,"
[39] VICTOR RIVERA-ARROYO,
[40] CRISTOBAL J. RIVERA-MEDINA,
[41] EMMANUEL MONTES-PAGAN,
  a/k/a "Bobo,"
[42] JOSE DE JESUS-MORALES,
  a/k/a "Danny Boy," "Daniel,"
[43] WANDA IVETTE RUIZ-RIVERA,
[44] FRANCISCO JAVIER QUINTANA,
[45] MIGUEL RIVERA-CRUZ,
  a/k/a "Miguel El Pato," "Miguel
  Peluca,"
[46] MELISSA TORRES-DIAZ,
  a/k/a "La Pata,"
[47] ORLANDO MENDEZ-TORRES,
  a/k/a "Nando," "Nandito,"
[48] WILLIAM FIGUEROA-GONZALEZ,
  a/k/a "Willy El Pato,"
[49] ELIAB RODRIGUEZ-RAMOS,
  a/k/a "Elia,"
[50] FERNANDO C. MARTINEZ-SERRANO,
  a/k/a "Bebe Mamadeo,"

[51] FERNANDO RODRIGUEZ-MARTINEZ,
    a/k/a "Fernan,"
[52] AXEL VAZQUEZ-MEDINA,
    a/k/a "Joendi,"
[53] JUAN ARCE-ROSADO,
    a/k/a "Simio,"
[54] JOSE ARROYO-RIOS,
[55] JOSUE DAVILA-RIOS,
[56] JUAN CARLOS BODON-LESPIER,
    a/k/a "Carli Bodón,"
[57] RAMON L. VEGA-PEREZ,
    a/k/a "Robert Preguntón,"
[58] LUIS A. LUGO-SERRANO,
[59] ALEXANDER VARGAS-VELEZ,
    a/k/a "Sander,"
[60] CHRISTIAN FIGUERAS-RODRIGUEZ,
    a/k/a "Chato,"
[61] JOSE RAMOS-COLON,
    a/k/a "Chepo"
[62] JOSE L. RIOS-SANTIAGO,
    a/k/a "Lonki,"
[63] ROBERTO CORDERO-
    RODRIGUEZ, a/k/a "Robert Cuca,"
[64] GIOVANNNI COLON-ACOSTA,
[65] JESUS R. PEREZ-PADILLA,
    a/k/a "Chuchi,"
[66] OLGA PACHECO-GONZALEZ,
[67] ALEXANDER FORTUNO-LUGO,
    a/k/a "Clavo de Zinc,"
[68] PEDRO RIOS-MALDONADO,
[69] RAMON COLLAZO-HERNANDEZ,
[70] JUAN P. SANTANA-FLORES,
[71] EFRAIN TORRES-SANTIAGO,
    a/k/a "Pipo,"
[72] FERNANDO L. CASTILLO-MORALES,
    a/k/a "Yaguita,"
[73] RICHARD CRUZ-NEGRON,
[74] ELVIN CARTAGENA-COLON,
[75] ROBERTO PIZARRO-ORTA,
    a/k/a "Bombilla,"
[76] EDWIN ORTIZ-MEDINA,
[77] JORGE RIVERA-DIAZ,
[78] VICTOR NAZARIO-GOMEZ,
    a/k/a "Pucho"
[79] LUIS NIEVES-PEREZ,
    a/k/a "El Buho,"
[80] JOSE DAVID ACOSTA-COLON,
    a/k/a "David,"
[81] JAVIER ACOSTA COLON,
    a/k/a "Gordo,"

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[82] **MARIA DEL ROSARIO GARCIA-**
**NAZARIO, a/k/a "Chari,"**
[83] **ROBERTO ALICEA-RODRIGUEZ,**
[84] **JORGE SERRANO-DIAZ,**
**a/k/a "Ito,"**
[85] **ELIZABETH PEREZ-ORTIZ,**
[86] **CARMEN NEREIDA RIVERA-RIVERA,**
[87] **WILLIAM FEBLES-LARACUENTE,**
[88] **JOSUE DELGADO-ALVAREZ**
**a/k/a "Gordo,"**
[89] **NORBERTO PACHECO-RIVERA,**
**a/k/a "Norbert,"**
[90] **AGUSTIN BODON-LESPIER,**
**a/k/a "Tito,"**
[91] **LUIS A. GONZALEZ-NEGRON,**
**a/k/a "Tatín,"**
[92] **ISRAEL ORTIZ-QUILES,**
**a/k/a "Israel Chupa Cabras,"**
[93] **JEROMY VAZQUEZ-SANCHEZ,**
[94] **JOSEAN A. TORRES-GONZALEZ,**
**a/k/a "Barber,"**
[95] **JOEL ORTIZ-GONZALEZ,**

**Defendants.**

## THE GRAND JURY CHARGES:

### COUNT ONE

Beginning in or about January 2003 and continuing up to and until the return of the instant

indictment, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] RAMON REYES-GONZALEZ,**
**a/k/a "Cito," "Ramoncito," "El Barroso,"**
**[2] JASSER VEGA-RAMOS,**
**a/k/a "Bo,"**
**[3] RICARDO SIERRA-RODRIGUEZ,**
**a/k/a "Pito," "Cabeza," "Ricky,"**
**[4] JOSE RIVERA-LEYRO,**
**a/k/a "Yiyito,"**
**[5] ANGEL MELENDEZ-ORSINI,**
**a/k/a "Cerebro," "Primo," "Gelo,"**
**[6] DANIEL GUZMAN-CORREA,**
**a/k/a "Danny Pincho,"**

4

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[7] ALBERTO GUZMAN-CORREA,
a/k/a "Albert,"
[8] ALEXIS RODRIGUEZ-RODRIGUEZ,
a/k/a "Sandro,"
[9] EDWIN J. SANTIAGO-ROSADO,
a/k/a "Piraña,"
[10] BENJAMIN RODRIGUEZ-APONTE,
a/k/a "Papito,"
[11] JAVIER VAZQUEZ-HERNANDEZ,
a/k/a "Burro," "Burrito,"
[12] JOSUE ROMAN-HERNANDEZ,
a/k/a "Potro,"
[13] MIGUEL LESPIER-VELAZQUEZ,
a/k/a "Gelo," "Pelú,"
[14] REYNALDO RIVERA-NADAL,
a/k/a "Notorio,"
[15] LUIS PORCELL-CARMONA,
a/k/a "Wichín,"
[16] MANUEL ARROYO-SALAZAR,
a/k/a "Manolo,"
[17] FRANCISCO L. TORRES-SALAZAR,
a/k/a "Frankie,"
[18] JORGE FOURNIER-OLAVARRIA,
a/k/a "Meson,"
[19] EDGARDO VEGA-BREBAN,
a/k/a "Dembo,"
[20] FREDDY SOTO-RIVERA,
a/k/a "Dondy,"
[21] MIGUEL PACHECO-ORTIZ,
a/k/a "Miguelito," "Flaquito,"
[22] RAFAEL SANCHEZ-PIZARRO,
a/k/a "Poche,"
[23] ROBERTO NEGRON-LATONI,
a/k/a "Chamo,"
[24] LUIS ZAYAS-MIRANDA,
a/k/a "Piolo,"
[25] JORGE QUILES-TORRES,
a/k/a "Cuajo,"
[26] LUIS B. TORRES-SALAZAR,
a/k/a "Benny,"
[27] FRANCISCO COSME-NIEVES,
a/k/a "Frank," "Cisco,"
[28] FELIX BOFFIL-NEGRON,
[29] ARMANDO ORTIZ-MELENDEZ,
a/k/a "Yocain,"
[30] CARLOS RODRIGUEZ-SANTIAGO,
a/k/a "Carlos Tetón,"
[31] LUIS TORRES-TORRES,
a/k/a "Luis Quija,"
[32] LUIS BOFFIL-LEYRO,

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[33] ALEX COLON-CARLO,
a/k/a "El Gordo,"
[34] EMMANUEL HERNANDEZ-RIOS,
a/k/a "Manuel,"
[35] FELIX EMMANUEL BOFFIL-CHARDON,
a/k/a "Felo Conejo,"
[36] JUAN A. ORTIZ-NEGRON,
a/k/a "Jean,"
[37] LUIS A. VIERA-ROJAS,
a/k/a "Balta,"
[38] MARISOL RAMOS-PIZARRO,
a/k/a "Mary,"
[39] VICTOR RIVERA-ARROYO,
[40] CRISTOBAL J. RIVERA-MEDINA,
[41] EMMANUEL MONTES-PAGAN,
a/k/a "Bobo,"
[42] JOSE DE JESUS-MORALES,
a/k/a "Danny Boy," "Daniel,"
[43] WANDA IVETTE RUIZ-RIVERA,
[44] FRANCISCO JAVIER QUINTANA,
[45] MIGUEL RIVERA-CRUZ,
a/k/a "Miguel El Pato," "Miguel Peluca,"
[46] MELISSA TORRES-DIAZ,
a/k/a "La Pata,"
[47] ORLANDO MENDEZ-TORRES,
a/k/a "Nando," "Nandito,"
[48] WILLIAM FIGUEROA-GONZALEZ,
a/k/a "Willy El Pato,"
[49] ELIAB RODRIGUEZ-RAMOS,
a/k/a "Elia,"
[50] FERNANDO C. MARTINEZ-SERRANO,
a/k/a "Bebe Mamadeo,"
[51] FERNANDO RODRIGUEZ-MARTINEZ,
a/k/a "Fernan,"
[52] AXEL VAZQUEZ-MEDINA,
a/k/a "Joendi,"
[53] JUAN ARCE-ROSADO,
a/k/a "Simio,"
[54] JOSE ARROYO-RIOS,
[55] JOSUE DAVILA-RIOS,
[56] JUAN CARLOS BODON-LESPIER,
a/k/a "Carli Bodón,"
[57] RAMON L. VEGA-PEREZ,
a/k/a "Robert Preguntón,"
[58] LUIS A. LUGO-SERRANO,
[59] ALEXANDER VARGAS-VELEZ,
a/k/a "Sander,"
[60] CHRISTIAN FIGUERAS-RODRIGUEZ,
a/k/a "Chato,"

6

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[61] JOSE RAMOS-COLON,
a/k/a "Chepo"
[62] JOSE L. RIOS-SANTIAGO,
a/k/a "Lonki"
[63] ROBERTO CORDERO-RODRIGUEZ,
a/k/a "Robert Cuca,"
[64] GIOVANNNI COLON-ACOSTA,
[65] JESUS R. PEREZ-PADILLA,
a/k/a "Chuchi,"
[66] OLGA PACHECO-GONZALEZ,
[67] ALEXANDER FORTUNO-LUGO,
a/k/a "Clavo de Zinc,"
[68] PEDRO RIOS-MALDONADO,
[69] RAMON COLLAZO-HERNANDEZ,
[70] JUAN P. SANTANA-FLORES,
[71] EFRAIN TORRES-SANTIAGO,
a/k/a "Pipo,"
[72] FERNANDO L. CASTILLO-MORALES,
a/k/a "Yaguita,"
[73] RICHARD CRUZ-NEGRON,
[74] ELVIN CARTAGENA-COLON,
[75] ROBERTO PIZARRO-ORTA,
a/k/a "Bombilla,"
[76] EDWIN ORTIZ-MEDINA,
[77] JORGE RIVERA-DIAZ,
[78] VICTOR NAZARIO-GOMEZ,
a/k/a "Pucho"
[79] LUIS NIEVES-PEREZ,
a/k/a "El Buho,"
[80] JOSE DAVID ACOSTA-COLON,
a/k/a "David,"
[81] JAVIER ACOSTA COLON,
a/k/a "Gordo,"
[82] MARIA DEL ROSARIO GARCIA-NAZARIO,
a/k/a "Chari,"
[83] ROBERTO ALICEA-RODRIGUEZ,
[84] JORGE SERRANO-DIAZ,
a/k/a "Ito;"
[85] ELIZABETH PEREZ-ORTIZ,
[86] CARMEN NEREIDA RIVERA-RIVERA,
[87] WILLIAM FEBLES-LARACUENTE,
[88] JOSUE DELGADO-ALVAREZ
a/k/a "Gordo,"
[89] NORBERTO PACHECO-RIVERA,
a/k/a "Norbert,"
[90] AGUSTIN BODON-LESPIER,
a/k/a "Tito,"
[91] LUIS A. GONZALEZ-NEGRON,
a/k/a "Tatín,"

7

**INDICTMENT**
United States v. Ramón Reyes-González, et al.,

**[92] ISRAEL ORTIZ-QUILES,**
**a/k/a "Israel Chupa Cabras,"**
**[93] JEROMY VAZQUEZ-SANCHEZ,**
**[94] JOSEAN A. TORRES-GONZALEZ,**
**a/k/a "Barber,"**
**[95] JOEL ORTIZ-GONZALEZ**

the defendants herein, did knowingly and intentionally conspire with each other and others known and unknown to the Grand Jury, to commit an offense against the United States, that is to possess with intent to distribute one (1) kilogram or more of heroin, a Schedule I Narcotic Drug Controlled Substance; fifty (50) grams or more of cocaine base ("crack"), a Schedule II Narcotic Drug Controlled Substance; five (5) kilograms or more of cocaine, a Schedule II Narcotic Drug Controlled Substance, and one thousand (1,000) kilograms or more of marihuana, a Schedule I Controlled Substance, within the Dr. Pila Public Housing Project; Ponce Housing Public Housing Project; El Puente (located across the street from the Dr. Pila Public Housing Project); Acueducto Street; El Tuque Ward; El Almacén (located at Virtud Street); Betances Street; José M. Gándara Public Housing Project; Portugues Public Housing Project; Los Rosales Public Housing Project; Ernesto Ramos Antonini Public Housing Project ("Pámpanos"); Bélgica Ward; Hortaliza Sector at Coto Laurel Ward; Palmarejo Sector at Coto Laurel Ward; Borinquen Ward; Las Martínez Alley at La Cantera Sector; Puerto Viejo at the Ponce Beach Area; La Coroza Ward, and Las Vallas Sector at Maraguez Ward, all the above located in the Municipality of Ponce, Puerto Rico, and the drug distribution points located at Sabana Llana Ward; La Plena Ward and Los Mojaos Sector, all in the Municipality of Juana Díaz, Puerto Rico. All in violation of Title 21, United States Code, Sections 841(a)(1), 846, and 860.

**8**

INDICTMENT
United States v. Ramón Reyes-González, et al.,

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to control the street distribution of narcotics in the Municipality of Ponce and other areas.

It was further the object of the conspiracy to take over drug distribution points by means of violence, force and intimidation, in order to expand their drug trafficking activities within the Municipalities of Ponce and Juana Díaz, Puerto Rico.

## II. MANNER AND MEANS OF THE CONSPIRACY

1.    It was part of the manner and means of the conspiracy that the ownership of the different drug distribution points would be shared among the leaders of this conspiracy.

2.    It was further part of the manner and means of the conspiracy that some of the co-conspirators would take control of the Dr. Pila Public Housing Project drug distribution point by means of force, violence and intimidation.

3.    It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine, and marijuana and distribute the same in street quantities amounts throughout their different drug points in the Municipalities of Ponce and Juana Diaz.

4.    It was further part of the manner and means of the conspiracy that the leaders would maintain a group of co-defendants administrating the activities of the drug distribution points located at the Dr. Pila Public Housing Project; Ponce Housing Public Housing Project; El Puente (located across the street from the Dr. Pila Public Housing Project); Acueducto Street; El Tuque Ward; El Almacén (located at Virtud Street); Betances Street; José M. Gándara Public Housing Project; Portugues Public Housing Project; Los Rosales Public Housing Project; Ernesto Ramos Antonini Public Housing Project ("Pámpanos"); Bélgica Ward; Hortaliza Sector at Coto Laurel Ward;

Palmarejo Sector at Coto Laurel Ward; Borinquen Ward; Las Martínez Alley at La Cantera Sector; Puerto Viejo at the Ponce Beach Area; La Coroza Ward, and Las Vallas Sector at Maraguez Ward, all the above located in the Municipality of Ponce, Puerto Rico, and the drug distribution points located at Sabana Llana Ward; La Plena Ward and Los Mojaos Sector, all in the Municipality of Juana Díaz, Puerto Rico.

5.      It was further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale prices would be "cooked, " converted into crack cocaine, and distributed in some of the above-mentioned drug distribution points.

6.      It was further part of the manner and means of the conspiracy that some of the co-conspirators would cut, divide and package heroin, cocaine and marijuana in small "baggies" for subsequent sale at the above-mentioned drug distribution points.

7.      It was further part of the manner and means of the conspiracy that leaders of this organization would divide among themselves and their subordinates the proceeds of the drug trafficking sales.

8.      It was further part of the manner and means of the conspiracy that leaders of this organization would also allow their subordinates to sell specific types of narcotics, throughout the drug trafficking organization's various drug distribution points.

9.      It was further part of the manner and means of the conspiracy that some of the co-conspirators would use apartments located within the public housing projects and/or residences in order to package and/or conceal the heroin, cocaine base ("crack"), cocaine, marijuana, and equipment and materials used to process and package the controlled substances (drug paraphernalia).

10.     It was further part of the manner and means of the conspiracy that some of the co-conspirators would routinely place the controlled substances in distinctive colored "baggies" in order to keep track and maintain control of the drugs distributed at the drug distribution points mentioned herein

11.     It was further part of the manner and means of the conspiracy that some of the co-conspirators would routinely possess, carry, brandish and use firearms to protect themselves and the drug trafficking organization.

12.     It was further part of the manner and means of the conspiracy that some of the co-conspirators would use violence, force and intimidation in order to gain or maintain control of the drug trafficking operations.

13.     It was further part of the manner and means of the conspiracy that the co-conspirators operated in different roles, in order to further the goals of the conspiracy, to wit: leaders, facilitator, enforcers, runners, sellers, and drug processors.

## III.  ROLES OF THE MEMBERS OF THE CONSPIRACY

### A. Leaders

As such, leaders directly controlled and supervised the drug trafficking operations at drug distribution points located at Dr. Pila Public Housing Project; Ponce Housing Public Housing Project; El Puente (located across the street from the Dr. Pila Public Housing Project); Acueducto Street; El Tuque Ward;  El Almacén (located at Virtud Street); Betances Street; José M. Gándara Public Housing Project; Portugues Public Housing Project; Los Rosales Public Housing Project; Ernesto Ramos Antonini Public Housing Project ("Pámpanos"); Bélgica Ward; Hortaliza Sector at Coto Laurel Ward; Palmarejo Sector at Coto Laurel Ward; Borinquen Ward; Las Martínez Alley at La Cantera Sector; Puerto Viejo at the Ponce Beach Area; La Coroza Ward, and  Las Vallas Sector at Maraguez Ward, all the above located in the Municipality of Ponce, Puerto Rico, and the drug

distribution points located at Sabana Llana Ward; La Plena Ward and Los Mojaos Sector, all in the

Municipality of Juana Díaz, Puerto Rico.  During the span of the conspiracy, leaders purchased

multi-kilogram quantities of narcotics and oversaw the transportation and sale of such narcotics by

their subordinates at the different drug distribution points.  They would also purchase and lease

firearms for the use, by them and other members of the conspiracy, during and in furtherance of their

drug trafficking activities.  The following co-conspirators acted as leaders in this organization:

[1] RAMON REYES-GONZALEZ, a/k/a "Cito," "Ramoncito," "El Barroso," was

among the co-conspirators who took control of the drug point at the Dr. Pila Public Housing

Project in 2003.  He received the proceeds of the heroin and cocaine sold at the above-

mentioned drug point.  Furthermore, he supplied the controlled substances and received the

proceeds of the controlled substances sold at several drug points within the Municipalities

of Ponce and Juana Diaz.  He also acted as an enforcer within this conspiracy.

[2] JASSER VEGA-RAMOS, a/k/a "Bo," was one of the co-conspirators who took control

of the drug point at the Dr. Pila Public Housing Project in 2003.  He received the proceeds

of the cocaine and the marihuana sold at the above-mentioned drug point. Furthermore, he

supplied and received the proceeds of the controlled substances sold at several drug points

within the Municipalities of Ponce and Juana Diaz.  He also acted as an enforcer within this

conspiracy.

[3] RICARDO SIERRA-RODRIGUEZ, a/k/a "Pito," "Cabeza," "Ricky," was one of the

co-conspirators who took control of the drug point at the Dr. Pila Public Housing Project in

2003.  As a result of that, he received the proceeds of the controlled substances sold at the

above-mentioned drug point. Furthermore, he supplied and received the proceeds of the

controlled substances sold at several drug points within the Municipalities of Ponce and Juana Diaz. He also acted as an enforcer within this conspiracy.

[4] JOSE RIVERA-LEYRO, a/k/a "Yiyito," was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at El Puente (across the street of the Dr. Pila Public Housing Project), in the Municipality of Ponce, Puerto Rico. He also acted as an enforcer within this conspiracy.

[5] ANGEL MELENDEZ-ORSINI, a/k/a "Cerebro," "Primo," "Gelo," was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at Acueducto Street in the Municipality of Ponce, Puerto Rico.

[6] DANIEL GUZMAN-CORREA, a/k/a "Danny Pincho," was one of the co-conspirators that supplied heroin and cocaine to the Dr. Pila Public Housing Project drug trafficking organization. Furthermore, he received the proceeds of the heroin sold at the above-mentioned drug point.

[7] ALBERTO GUZMAN-CORREA, a/k/a "Albert," was one of the co-conspirators that supplied heroin to the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the heroin sold at the above-mentioned drug point.

[8] ALEXIS RODRIGUEZ-RODRIGUEZ, a/k/a "Sandro," was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug points located at Palmarejo and Hortaliza Sectors at the Coto Laurel Ward in the Municipality of

Ponce, Puerto Rico, and Los Mojaos Sector, located in the Municipality of Juana Díaz, Puerto Rico. He also acted as an enforcer for this conspiracy.

[9] **EDWIN SANTIAGO-ROSADO, a/k/a "Piraña,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at El Tuque Ward in the Municipality of Ponce, Puerto Rico. He also acted as an enforcer within this conspiracy.

[10] **BENJAMIN RODRIGUEZ-APONTE, a/k/a "Papito,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at Sabana Llana Ward in the Municipality of Juana Díaz, Puerto Rico. He also acted as an enforcer within this conspiracy.

[11] **JAVIER VAZQUEZ-HERNANDEZ, a/k/a "Burro," "Burrito,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received part of the proceeds of the controlled substances sold at the drug point located at Ponce Housing Public Housing Project in the Municipality of Ponce, Puerto Rico. He also acted as an enforcer within this conspiracy.

[12] **JOSUE ROMAN-HERNANDEZ, a/k/a "Potro,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received part of the proceeds of the controlled substances sold at the drug point located at Ponce Housing Public Housing Project in the Municipality of Ponce. He also acted as an enforcer within this conspiracy.

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[13] **MIGUEL LESPIER-VELAZQUEZ, a/k/a "Gelo," "Pelú,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received part of the proceeds of the controlled substances sold at the drug point located at Ponce Housing Public Housing Project and the proceeds of the controlled substances sold at the drug point located at Los Rosales Public Housing Project, both in the Municipality of Ponce, Puerto Rico.

[14] **REYNALDO RIVERA-NADAL, a/k/a "Notorio,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at La Plena Ward in the Municipality of Juana Díaz, Puerto Rico.

[15] **LUIS PORCELL-CARMONA, a/k/a "Wichín,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at Borinquen Ward in the Municipality of Puerto Rico.

[16] **MANUEL ARROYO-SALAZAR, a/k/a "Manolo,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point located at Jose M. Gandara Public Housing Project in the Municipality of Ponce, Puerto Rico. He also acted as an enforcer within this conspiracy.

[17] **FRANCISCO L. TORRES-SALAZAR, a/k/a "Frankie,"** was one of the co-conspirators and associates of the Dr. Pila Public Housing Project drug trafficking organization. He received the proceeds of the controlled substances sold at the drug point

**15**

located at José M. Gándara Public Housing Project in the Municipality of Ponce, Puerto Rico. He also acted as an enforcer within this conspiracy.

It is further alleged that unindicted co-conspirators BRIAN RAMOS-SANTIAGO, deceased, and RICARDO CARRERO-MARTINEZ, a/k/a "Chino," "Chinito," also deceased, during the span of the conspiracy did receive proceeds from drug distribution points.

## B. Facilitator

[18] **JORGE FOURNIER-OLAVARRIA, a/k/a "Mesón,"** this co-conspirator would provide firearms, ammunition and vehicles to the drug trafficking organization. At various times during the course of the conspiracy charged herein, he would finance the purchase of narcotics for a specific drug point.

## C. Enforcers

Enforcers did possess, carry, brandish, use and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. Enforcers would also threaten and intimidate others in order to facilitate and accomplish one of the objects of this conspiracy, that is, take over by means of violence, force and intimidation, drug points within the Municipalities of Ponce and Juana Díaz, Puerto Rico. Enforcers acted only upon instructions given by the leaders of this organization. At various times, some enforcers were assigned to provide protection to specific drug points in the area.

In addition to the above-mentioned leaders who also acted as enforcers, the following, and others known and unknown to this Grand Jury, acted as enforcers for the Dr. Pila Public Housing Project drug trafficking organization:

**16**

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[19] **EDGARDO VEGA-BREBAN, a/k/a "Dembo;"** was a co-conspirator who also acted as drug processor for this conspiracy;

[20] **FREDDY SOTO-RIVERA, a/k/a "Dondy;"** was a co-conspirator who also acted as runner and drug processor for this conspiracy;

[21] **MIGUEL PACHECO-ORTIZ, a/k/a "Miguelito," "Flaquito;"**

[22] **RAFAEL SANCHEZ-PIZARRO, a/k/a "Poche;"** was a co-conspirator who also acted as drug processor for this conspiracy;

[23] **ROBERTO NEGRON-LATONI, a/k/a "Chamo;"** was a co-conspirator who also acted as runner for this conspiracy;

[24] **LUIS ZAYAS-MIRANDA, a/k/a "Piolo;"**

[25] **JORGE QUILES-TORRES, a/k/a "Cuajo;"**

[26] **LUIS B. TORRES-SALAZAR, a/k/a "Benny;"**

[27] **FRANCISCO COSME-NIEVES, a/k/a "Frank;" "Cisco,"** was a co-conspirator who also acted as runner for this conspiracy at the Acueducto drug point;

[28] **FELIX BOFFIL-NEGRON,** was a co-conspirator who also acted as runner for this conspiracy;

[29] **ARMANDO ORTIZ-MELENDEZ, a/k/a "Yocain;"** was a co-conspirator who also acted as runner for this conspiracy;

[30] **CARLOS RODRIGUEZ-SANTIAGO, a/k/a "Carlos Tetón;"** was a co-conspirator who also acted as runner for this conspiracy;

[31] **LUIS TORRES-TORRES, a/k/a "Luis Quijá;"** was a co-conspirator who also acted as runner for this conspiracy;

[32] **LUIS BOFFIL-LEYRO;**

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[33] ALEX COLON-CARLO, a/k/a "El Gordo;" was a co-conspirator who also acted as

drug processor for this conspiracy;

[34] EMMANUEL HERNANDEZ-RIOS, a/k/a "Manuel;" was a co-conspirator who also

acted as runner for this conspiracy;

[35] FELIX EMMANUEL BOFFIL-CHARDON, a/k/a "Felo Conejo;"

[36] JUAN A. ORTIZ-NEGRON, a/k/a "Jean;" D.

**Runners**

The runners worked under the direct supervision of the leaders of the drug trafficking

organization. They were also responsible for providing sufficient narcotics to the sellers for further

distribution at the drug point. They were also responsible for collecting the proceeds of drug sales

and paying the street sellers. They would also supervise and make sure that there were street sellers

for every shift of the drug points. At various times, they would be responsible for recruiting street

sellers and additional runners. They runners would also supervise the daily activities at the drug

point, including the sellers and the look-outs.

In addition to the above-mentioned enforcers who also acted as runners, the following, and

others known and unknown to this Grand Jury, acted as drug runners for the above described drug

trafficking organization:

[37] LUIS A. VIERA-ROJAS, a/k/a "Balta,"

[38] MARISOL RAMOS-PIZARRO, a/k/a "Mary,"

[39] VICTOR RIVERA-ARROYO,

[40] CRISTOBAL J. RIVERA-MEDINA, was a co-conspirator who also acted as drug

seller for this conspiracy;

[41] EMMANUEL MONTES-PAGAN, a/k/a "Bobo;"

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[42] JOSE DE JESUS-MORALES, a/k/a "Danny Boy," "Daniel;"

[43] WANDA IVETTE RUIZ-RIVERA, was a co-conspirator who also acted as drug seller for this conspiracy at the Palmarejo Sector of the Coto Laurel Ward;

[44] FRANCISCO JAVIER QUINTANA;

[45] MIGUEL RIVERA-CRUZ, a/k/a "El Pato;" was a co-conspirator who also acted as drug seller for this conspiracy;

[46] MELISSA TORRES-DIAZ, a/k/a "La Pata;" was a co-conspirator who also acted as drug seller for this conspiracy;

[47] ORLANDO MENDEZ-TORRES, a/k/a "Nando;" "Nandito;"

[48] WILLIAM FIGUEROA-GONZALEZ, a/k/a "Willy El Pato;" was a co-conspirator who also acted as drug seller for this conspiracy;

[49] ELIAB RODRIGUEZ-RAMOS, a/k/a "Elia;" was a co-conspirator who also acted as "cook" for this conspiracy;

[50] FERNANDO C. MARTINEZ-SERRANO, a/k/a "Bebé Mamadeo;"

[51] FERNANDO RODRIGUEZ-MARTINEZ, a/k/a "Fernan;"

[52] AXEL VAZQUEZ-MEDINA, a/k/a "Joendi;"

[53] JUAN ARCE-ROSADO, a/k/a "Simio;"

[54] JOSE ARROYO-RIOS;

[55] JOSUE DAVILA-RIOS;

[56] JUAN CARLOS BODON-LESPIER, a/k/a Carli Bodón;"

19

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[57] RAMON L. VEGA-PEREZ, a/k/a "Robert Preguntón;"

[58] LUIS A. LUGO-SERRANO;

[59] ALEXANDER VARGAS-VELEZ, a/k/a "Sander;"

[60] CHRISTIAN FIGUERAS-RODRIGUEZ, a/k/a "Chato,"

[61] JOSE RAMOS-COLON, a/k/a "Chepo;"

[62] JOSE L. RIOS-SANTIAGO, a/k/a "Lonki;"

[63] ROBERTO CORDERO-RODRIGUEZ, a/k/a "Robert Cuca;"

[64] GIOVANNI COLON-ACOSTA;

[65] JESUS R. PEREZ-PADILLA, a/k/a "Chuchi;"

[66] OLGA PACHECO-GONZALEZ.

## E. Sellers

The sellers would distribute street quantity amounts of heroin, cocaine base (commonly known as "crack"), cocaine, and marihuana. They would also be held accountable for the drug proceeds to the runners, of the narcotics sold and the monies received from such sales. At times, some sellers would rely on look-outs in order to avoid detection by law enforcement authorities. At times, some sellers would use "walkie-talkies" in order to communicate with the look-outs.

In addition to the above-mentioned runners who also acted as sellers, the following and others known and unknown to this Grand Jury, acted as drug sellers for the above described drug trafficking organization:

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[67] **ALEXANDER FORTUNO-LUGO, a/k/a "Clavo de Zinc;"** who sold drugs at Ponce

Housing Public Housing Project located in the Municipality of Ponce, Puerto Rico.

[68] **PEDRO RIOS-MALDONADO;** who sold drugs at Dr.Pila Public Housing Project

located in the Municipality of Ponce, Puerto Rico.

[69] **RAMON COLLAZO-HERNANDEZ;** who sold drugs at Acueducto Street located in

the Municipality of Ponce, Puerto Rico.

[70] **JUAN P. SANTANA-FLORES;** who sold drugs at Acueducto Street located in the

Municipality of Ponce, Puerto Rico.

[71] **EFRAIN TORRES-SANTIAGO, a/k/a "Pipo;"** who sold drugs at El Puente located

across the street of the Dr. Pila Public Housing Project in the Municipality of Ponce, Puerto

Rico.

[72] **FERNANDO L. CASTILLO-MORALES, a/k/a "Yaguita;"** who sold drugs at Dr.

Pila Public Housing Project and El Puente, located across the street of the Dr. Pila Public

Housing Project in the Municipality of Ponce, Puerto Rico.

[73] **RICHARD CRUZ-NEGRON;** who sold drugs at Dr. Pila Public Housing Project and

El Puente, located across the street of the Dr. Pila Public Housing Project in the Municipality

of Ponce, Puerto Rico.

[74] **ELVIN CARTAGENA-COLON;** who sold drugs at Dr. Pila Public Housing Project

in the Municipality of Ponce, Puerto Rico.

**[75] ROBERTO PIZARRO-ORTA, a/k/a "Bombilla;"** who sold drugs at Dr. Pila Public Housing Project and El Puente located across the street of the Dr. Pila Public Housing Project in the Municipality of Ponce, Puerto Rico.

**[76] EDWIN ORTIZ-MEDINA;** who sold drugs at Acueducto Street located in the Municipality of Ponce, Puerto Rico.

**[77] JORGE RIVERA-DIAZ, a/k/a "Papín;"** who sold drugs at Dr. Pila Public Housing Project and El Puente located across the street of the Dr. Pila Public Housing Project in the Municipality of Ponce, Puerto Rico.

**[78] VICTOR NAZARIO-GOMEZ, a/k/a "Pucho;"** who sold drugs at Hortaliza Sector in the Coto Laurel Ward located in the Municipality of Ponce, Puerto Rico.

**[79] LUIS NIEVES-PEREZ, a/k/a "El Buho;"** who sold drugs at Dr. Pila Public Housing Project located in the Municipality of Ponce, Puerto Rico.

**[80] JOSE DAVID ACOSTA-COLON, a/k/a "David;"** who sold drugs at Hortaliza Sector in the Coto Laurel Ward located in the Municipality of Ponce, Puerto Rico.

**[81] JAVIER ACOSTA-COLON, a/k/a "Gordo;"** who sold drugs at Hortaliza Sector in the Coto Laurel Ward located in the Municipality of Ponce, Puerto Rico.

**[82] MARIA DEL ROSARIO GARCIA-NAZARIO, a/k/a "Chari;"** who sold drugs at Dr. Pila Public Housing Project located in the Municipality of Ponce, Puerto Rico.

**[83] ROBERTO ALICEA-RODRIGUEZ;** who sold drugs at Ponce Housing Public Housing Project located in the Municipality of Ponce, Puerto Rico.

[84] **JORGE SERRANO-DIAZ, a/k/a "Ito;"** who sold drugs at Acueducto Street located in the Municipality of Ponce, Puerto Rico.

[85] **ELIZABETH PEREZ-ORTIZ;** who sold drugs at La Plena Ward located in the Municipality of Juana Díaz, Puerto Rico.

[86] **CARMEN NEREIDA RIVERA-RIVERA;** who sold drugs at La Coroza Ward located in the Municipality of Ponce, Puerto Rico.

[87] **WILLIAM FEBLES-LARACUENTE;** who sold drugs at La Coroza Ward located in the Municipality of Ponce, Puerto Rico.

[88] **JOSUE DELGADO-ALVAREZ, a/k/a "Gordo;"** who sold drugs at Ernesto Ramos Antonini Public Housing Project ("Pámpanos") located in the Municipality of Ponce, Puerto Rico.

## F. Drug Processors

The drug processors would meet under the direction of the leaders of the organization at a specific location to cut, mix, prepare, and weigh amounts of controlled substances for street distribution. They would also package the controlled substances in single dosage amounts and in distinctive "baggies" and decks. They would package the "baggies" and decks in bundles of approximately twenty-five (25) bags each.

In addition to the above-mentioned enforcers and runners who also acted as drug processors, the following, and others known and unknown to this Grand Jury, did act as drug processors for the above-described drug trafficking organization:

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[89] NORBERTO PACHECO-RIVERA, a/k/a "Norbert;"

[90] AGUSTIN BODON-LESPIER, a/k/a "Tito;"

[91] LUIS GONZALEZ-NEGRON, a/k/a "Tatín;"

[92] ISRAEL ORTIZ-QUILES, a/k/a "Chupa Cabras;"

[93] JEROMY VAZQUEZ-SANCHEZ;

[94] JOSEAN A. TORRES-GONZALEZ, a/k/a "Barber;"

[95] JOEL ORTIZ-GONZALEZ,

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

Beginning in or about January 2003 and continuing up to and until the return of the instant

indictment, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] RAMON REYES-GONZALEZ,
a/k/a "Cito," "Ramoncito," "El Barroso,"
[2] JASSER VEGA-RAMOS,
a/k/a "Bo,"
[3] RICARDO SIERRA-RODRIGUEZ,
a/k/a "Pito," "Cabeza," "Ricky,"
[4] JOSE RIVERA-LEYRO,
a/k/a "Yiyito,"
[5] ANGEL MELENDEZ-ORSINI,
a/k/a "Cerebro," "Primo," "Gelo,"
[6] DANIEL GUZMAN-CORREA,
a/k/a "Danny Pincho,"
[7] ALBERTO GUZMAN-CORREA,
a/k/a "Albert,"
[8] ALEXIS RODRIGUEZ-RODRIGUEZ,
a/k/a "Sandro,"
[9] EDWIN J. SANTIAGO-ROSADO,
a/k/a "Piraña,"
[10] BENJAMIN RODRIGUEZ-APONTE,
a/k/a "Papito,"
[11] JAVIER VAZQUEZ-HERNANDEZ,
a/k/a "Burro," "Burrito,"
[12] JOSUE ROMAN-HERNANDEZ,
a/k/a "Potro,"

24

INDICTMENT
United States v. Ramón Reyes-González, et al.,

[13] MIGUEL LESPIER-VELAZQUEZ,
a/k/a "Gelo," "Pelú,"
[14] REYNALDO RIVERA-NADAL,
a/k/a "Notorio,"
[15] LUIS PORCELL-CARMONA,
a/k/a "Wichín,"
[16] MANUEL ARROYO-SALAZAR,
a/k/a "Manolo,"
[17] FRANCISCO L. TORRES-SALAZAR,
a/k/a "Frankie,"
[18] JORGE FOURNIER-OLAVARRIA,
a/k/a "Meson,"
[19] EDGARDO VEGA-BREBAN,
a/k/a "Dembo,"
[20] FREDDY SOTO-RIVERA,
a/k/a "Dondy,"
[21] MIGUEL PACHECO-ORTIZ,
a/k/a "Miguelito," "Flaquito,"
[22] RAFAEL SANCHEZ-PIZARRO,
a/k/a "Poche,"
[23] ROBERTO NEGRON-LATONI,
a/k/a "Chamo,"
[24] LUIS ZAYAS-MIRANDA,
a/k/a "Piolo,"
[25] JORGE QUILES-TORRES,
a/k/a "Cuajo,"
[26] LUIS B. TORRES-SALAZAR,
a/k/a "Benny,"
[27] FRANCISCO COSME-NIEVES,
a/k/a "Frank," "Cisco,"
[28] FELIX BOFFIL-NEGRON,
[29] ARMANDO ORTIZ-MELENDEZ,
a/k/a "Yocain,"
[30] CARLOS RODRIGUEZ-SANTIAGO,
a/k/a "Carlos Tetón,"
[31] LUIS TORRES-TORRES,
a/k/a "Luis Quija,"
[32] LUIS BOFFIL-LEYRO,
[33] ALEX COLON-CARLO,
a/k/a "El Gordo,"
[34] EMMANUEL HERNANDEZ-RIOS,
a/k/a "Manuel,"
[35] FELIX EMMANUEL BOFFIL-CHARDON, a/k/a "Felo Conejo,"
[36] JUAN A. ORTIZ-NEGRON,
a/k/a "Jean,"

the defendants herein, and diverse other persons known and unknown to the Grand Jury, aiding and

abetting each other, in furtherance of a drug trafficking crime for which they may be prosecuted in

a court of the United States to wit: conspiracy to distribute heroin, cocaine base, cocaine, marijuana in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 860 (as charged in Count One of the instant Indictment), did knowingly, intentionally and unlawfully possess, use and carry firearms, of unknown brands and calibers, as that term is defined in Title 18, United States Code, Section 921(a)(3), in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT THREE
### (Narcotics Forfeiture Allegations)

1.      Pursuant to Title 21, United States Code, section 853(a)(1) and (2), each defendant who is convicted in Count One shall forfeit to the United States the following property:

a.  All rights, title, and interest in all property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of each offense in violation of Title 21, United States Code, sections 841 and 846 and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

b.  A sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense for which the defendant is convicted.  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2.      Pursuant to Title 21, United States Code, section 853(p), as incorporated by Title 18, United States Code, section 982(b), each defendant shall forfeit substitute property up to the value of any property described in paragraph 1a. Or 1b., above, to wit, at least $1,500,000, if, by any act or omission of the defendant, the property described in paragraph 1a. or 1b., above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been

**INDICTMENT**
**United States v. Ramón Reyes-González, et al.,**

substantially diminished in value; or has been commingled with other property which cannot be

divided without difficulty.

All in accordance with Title 21, United States Code, section 853 and Rule 32.2(a) of the

Federal Rules of Criminal Procedure.

TRUE BILL

**ROSA EMILIA RODRIGUEZ-VELEZ**
UNITED STATES ATTORNEY

FOREPERSON
Dated: _07/24/07_.

José A. Ruíz-Santiago
Assistant U.S. Attorney
Chief, Criminal Division

**Warren Vázquez**
Assistant U.S. Attorney
Acting Deputy Chief, Violent Crimes

**Elba Gorbea**
Assistant U.S. Attorney

José Capó Iriarte
Assistant U.S. Attorney

27