# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.

[13] Miguel Lespier Velázquez
a/k/a "Gelo" a/k/a "Pelú"

**WARRANT FOR ARREST**

CASE NUMBER: 07- 290 (PG)

TO: The United States Marshal and
    Any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Miguel Lespier Velázquez a/k/a "Gelo", a/k/a "Pelú", and bring him or her forthwith to the nearest magistrate to answer a[n]

[ xx ] **Indictment**   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with (Brief description of offense)

Knowingly and intentionally, combined, conspired and agreed with others to distribute multi=kilogram quantities of controlled substances, to wit: possess with intent to distribute, in excess of five (5) kilograms of cocaine, a Schedule II Narcotic Drug Controlled Substance; fifty (50) grams or more of cocaine based ("crack"), a Schedule II Narcotic Drug Controlled Substance; one (1) kilogram or more of heroine, a Schedule I, Narcotic Controlled Substance, and one thousand (1,000) kilograms or more of marijuana, Schedule I, Narcotic Controlled Substance;

In violation of Title 21, United States Code, Sections 941(a)(1) and 846.

Honorable Camille Vélez Rivé
Name of the Issuing Officer

U.S. Magistrate Judge
Title of the Issuing Officer

July 24, 2007 in San Juan, Puerto Rico
Date and location

Signature of Issuing Officer

Bail fixed at $_____ by Honorable Magistrate Judge Camille Vélez Rivé

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 7/24/2007 | Name and Title of Arresting Officer *arrested by DEA* | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 12/23/2007 | | |