Prob. PR-39
(Rev. 01-31-08)

**CONFIDENTIAL**

## U.S. DISTRICT COURT
## DISTRICT OF PUERTO RICO
## PROBATION OFFICE

2977

**TRANSMITTAL MEMO**

TO: HON. JUAN M. PÉREZ-GIMÉNEZ, SENIOR, U.S. DISTRICT JUDGE

RE: <u>LESPIER-VELAZQUEZ, Miguel</u>      Cr. No. <u>07-00290-013(PG)</u>
    Case Name

Because of the possibility that the Judge will rely on information in the presentence report, as well as, the potential for appellate review, the presentence report has been hand delivered to the chambers of Senior Judge Juan M. Pérez-Giménez, under seal in accordance with the long-standing practice of treating presentence reports as non-public in view of the sensitive and often confidential information contained herein.

S/EUSTAQUIO BABILONIA
EUSTAQUIO BABILONIA, CHIEF
U. S. PROBATION OFFICER

ACKNOWLEDGED RECEIPT ON: *Feb. 4, 2010*

SIGNED: *[signature]*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETION OF REPORT NOTIFIED TO:

Person Contacted:

Person Contacted:

| | | | |
|---|---|---|---|
| <u>AUSA José Capó-Iriarte (FAX)</u> | 11-25-08 | 1:48 pm | rpc |
| *U.S. Attorney's Office* | *Date* | *Time* | *By* |
| <u>AFPD Max J. Pérez-Boutet (FAX)</u> | 11-25-08 | 1:46 pm | rpc |
| *Counsel's Office* | *Date* | *Time* | *By* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COPY FORWARDED TO AUSA THROUGH CLERK'S OFFICE ON ................. <u>11-25-08</u>
TWO COPIES FORWARDED TO COUNSEL VIA REGULAR MAIL ON............... _____
TWO COPIES HAND DELIVERED TO DEFENSE COUNSEL ON ................... _____
TWO COPIES FORWARDED TO AFPD OFFICE VIA CLERK'S OFFICE ON......... <u>11-25-08</u>

MSR/rpc